UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS SHIMMEL,

    Plaintiff,

v.

    Case No. 1:21-cv-358

    Hon. Hala Y. Jarbou

MICHIGAN DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.

_____/

## ORDER

For the reasons stated in the opinion entered this date:

**IT IS ORDERED** that the Report and Recommendation of the magistrate judge (ECF No. 49) is **REJECTED**.

**IT IS FURTHER ORDERED** that the motion by Defendants Farago and Rutowski for dismissal and/or summary judgment (ECF No. 42) is **GRANTED** as set forth in the Court's opinion.

**IT IS FURTHER ORDERED** that Defendant Farago is **DISMISSED** because the complaint fails to state a claim against him and he is entitled to qualified immunity.

**IT IS FURTHER ORDERED** that Defendant Rutowski is **DISMISSED** because she is entitled to summary judgment.

Dated: March 20, 2023　　　　　　　　/s/ Hala Y. Jarbou
　　　　　　　　　　　　　　　　　　HALA Y. JARBOU
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE